```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4/3/2023

HILL WEST ACHITECTS, LLP,

        Plaintiff,

-against-

THE LINCOLN NATIONAL LIFE INSURANCE CO.,

        Defendant.

23-cv-02423 (ALC)

**Order**

**ANDREW L. CARTER, United States District Judge:**

    It having been reported to the Court that this case has been or will be settled, it is hereby **ORDERED** that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within **thirty days.**

**SO ORDERED.**

Dated:    April 3, 2023
            New York, New York

                                          **ANDREW L. CARTER, JR.**
                                          **United States District Judge**